NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOEL E. SHAMOON,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2013-3031

---

Petition for review of the Merit Systems Protection Board in case no. SF0752120481-I-1.

---

**ON MOTION**

---

**ORDER**

Noel E. Shamoon moves to withdraw his petition.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted and the petition is dismissed.

(2) Each side shall bear its own costs.

NOEL SHAMOON V. ARMY                                                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26

Issued As A Mandate: **DEC 2 1 2012**